M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2009 FEB 11  A 9: 25

DEBRA P. HACKETT
U.S. DISTRICT C...
MIDDLE DIST...

Karon Dunlap
_____
Full name and prison name of
Plaintiff(s)

v.

Commander Reads
901 E. Main St.
Houston County
Jail Dothan Al 36301
_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 1:09cv105-TMH
(To be supplied by Clerk of U.S. District
Court)

I.   PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☒

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.   Parties to this previous lawsuit:

            Plaintiff (s) _____

            _____

            Defendant(s) _____

            _____

       2.   Court (if federal court, name the district; if state court, name the county)

            _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Houston County Jail Dothan Al 36301

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED 901 E Main St. Houston County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME / ADDRESS
1. Commder Reeds / 901 E main St,
2. Houston County / Dothan Al 36301
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED The St pet cel one Jan. 4. 09 the other Dec. 15, 08

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Made to set on the cold floor + the steel sels from 8:30 to 2:00 Then 5:00 to 9:00. We don't anything in here to this Jail. We are allow to ~~~~ watch CNN + History channel on TV. But the got DISH Network cable.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

GROUND TWO: made to pay 75 cent each for pad we get them 3 time a day. It that

SUPPORTING FACTS: On the pack of Pad. It say's that it unlawful to sell pad in a single That one the things Commder Reed's doing wrong to get more money

GROUND THREE: We have to pay for toilet paper & soap

SUPPORTING FACTS: I Believe all Jails and prisoner are paid by they state to give inmates toilet paper & soap If you don't have money on to buy these thing we need we shit out of luck. They do get toilet paper twice week But we are women that use toilet a lot more then the men. oh we don't get soap to Bath with either

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like for these thing to stop and for me to be paid for my suffering and pain. Also get reid of of Commder Reeds.

Karen Dunlap
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Feb 9- 2009
(Date)

Karen Dunlap
Signature of plaintiff(s)

Feb. 2 09
Karon Dunlap 39243 TR
901 E Main St.
Dothan Al 36301

To Whomever,
 It u so much going on in this jail. That I couldn't put it on paper. The inmates are really got it bad in this jail. Some of the C.O. Officers know that they are doing us wrong. But are scared to say anything. Because of their jobs. Some just quit ~~~~ thier Job. So they don't have to face the wrong done to the inmates.
 We need for you's to come down here a look into the matter. Not only that, yours need to talk to the inmates yourselfs. Or send one inside to see what I'am talking about.
 Oh the dathan Eagle paper Lied on the ~~~~ ladies at the Houston county. In the

January paper about the soup. That Houston County was cooken that ~~that~~ day. We didn't tell them ~~in~~ umm umm good. About that soup. It was chicken soup. It was not good. The Dothan Eagle never talked to the ladies.

If you get my paper work sent back to you at anytime. You find me at 8966 US Highway 231 Wetumpka Al 36092 That Lady ~~~~ Prison in Alabama.

Yours Truly

Laron ~~~~

Sorry it sloppy. But I can't buy ~~more~~ paper. Don't have money

901 E Main Street
Dothan Al 36301

Legal

Office of
United States District Clerk
P.O. Box 711
Montgomery, Al 36101-0711

Legal Inmate Mail

UNITED STATES POSTAGE
PITNEY BOWES
02 1M   $ 00.42⁰
0004237211   FEB 09 2009
MAILED FROM ZIP CODE 36303