THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KARON DUNLAP, #184495, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 12:09-CV-105-TMH |
| ) | [WO] |
| ) | |
| COMMANDER REED, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

On May 5, 2009, the Magistrate Judge filed a Recommendation (Doc. 18) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 18) of the Magistrate Judge is ADOPTED;

2. The Defendants' motion for summary judgment be GRANTED to the extent the defendants seek dismissal of this case due to the plaintiff's failure to properly exhaust an administrative remedy previously available to her at the Houston County Jail; and,

3. This case be DISMISSED with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to exhaust an administrative remedy available to her during her confinement in the Houston County Jail.

An appropriate judgment will be entered.

Done this 1st day of June, 2009.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE
